

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00094-CV

BYRON ROBINSON, Appellant

V.

ELIZABETH SHELTON, Appellee

Appeal from the County Civil Court at Law No. 1 of Harris County. (Tr. Ct. No. 1039938).

**TO THE COUNTY CIVIL COURT AT LAW NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 30th day of April 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 17, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Byron Robinson, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered April 30, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

